■ In the Matter of DANIEL TEIXEIRA, Petitioner, v THOMAS J. SPOTA et al., Respondents. [11 NYS3d 488]—Proceeding pursuant to CPLR article 78 in the nature of prohibition, in effect, to prohibit the respondents from enforcing an order issued by the respondent William J. Condon, a Justice of the Supreme Court, Suffolk County, dated October 23, 2014, denying the application of the petitioner, a defendant in a criminal action entitled *People v Teixeira*, pending in the Supreme Court, Suffolk County, under indictment No. 724/14, to participate in a judicial diversion program (*see* CPL 216.00).

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The petitioner seeks, in effect, to prohibit enforcement of an

order dated October 23, 2014. This proceeding was not commenced until March 31, 2015. Accordingly, it must be dismissed as time-barred (*see* CPLR 217; *Matter of Holtzman v Marrus*, 74 NY2d 865 [1989]; *Matter of Levy v Reitz*, 118 AD3d 702 [2014]). Chambers, J.P., Hall, Cohen and Maltese, JJ., concur.